**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUADIR SHAHHID TAYLOR,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT KATHY BRITTAIN,** | : | |
| *et al.*, | : | **NO. 23-cv-00647** |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this **23rd** day of **April 2026**, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF No. 1), Respondents' Answer to the Petition for Writ of Habeas Corpus (ECF No. 4), Petitioner's Reply (ECF No. 5), the Report and Recommendation filed by United States Magistrate Judge Scott W. Reid (ECF No. 7), and Petitioner's Objections to the Report and Recommendation (ECF No. 8), and after a thorough and independent review of the record, it is hereby **ORDERED** as follows:

1. The Objections to the Report and Recommendation (ECF No. 8) are **OVERRULED** for the reasons stated in the accompanying memorandum opinion;

2. The thorough and well-reasoned Report and Recommendation of Magistrate Judge Scott W. Reid (ECF No. 7) is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* (ECF No. 1) is **DENIED**;

4. No certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2);

5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

2

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**